## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Raleigh Division

In Re:    Zina Christian Center, Inc.

Debtors:    Zina Christian Center, Inc.

Bankruptcy Case No.  18-00100-5-SWH

Chapter: 11

### NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Colin Bernardino hereby enters a notice of special appearance as counsel for Foundation Capital Resources, Inc in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Joseph Dowdy

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Colin Bernardino

Date    July 17, 2018

| | |
|---|---|
| Name | Colin Bernardino |
| Law Firm | Kilpatrick Townsend & Stockton LLP |
| MailingAddress | 1100 Peachtree Street NE<br>Suite 2800<br>Atlanta, GA 30309 |
| Phone Number | (404) 815-6500 |
| Email Address: | cbernardino@kilpatricktownsend.com |
| State Bar No. | Georgia Bar No. 054879 |

/s/ Joseph Dowdy

| | |
|---|---|
| Local Counsel Name | Joseph Dowdy |
| Law Firm | Kilpatrick Townsend & StocktonLLP |
| MailingAddress | 4208 Six Forks Road<br>Suite 1400<br>Raleigh, NC 27609 |